PHILIP LEMPRIERE, CSB #143613
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
E-mail: plempriere@schwabe.com
Telephone: 206.622.1711
Facsimile: 206.292.0460
*Attorney for Hapag-Lloyd Aktiengesellschaft*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

In re Application of

YANG MING MARINE TRANSPORT
CORPORATION,

               Applicant,

For Order Authorizing Discovery Pursuanht
to FRCP RULE 27 And/Or For Use in
Foreign Proceedings Under 28 U.S.C. §
1782,

Case No.: 8:21-mc-00016-JVS-DFMx

**STATUS REPORT**

    The parties, Hapag-Lloyd Aktiengesellschaft, HMM Co., Ltd., Yang Ming Marine Transport Corporation, Chidori Ship Holding LLC and Jessica Shipping Holding SA, through their respective counsel of record, have successfully negotiated and executed an AGREEMENT REGARDING DISCOVERY ON THE M/V ONE APUS.

    The Agreement addresses most of the discovery demands set forth in the three 28 U.S.C. § 1782 Applications for Discovery  For Use In Foreign Proceedings and the single FRCP Rule 27 Petition to take Depositions to Perpetuate Testimony pending before this Court in the instant case and Case Nos. 8:21-mc-16 (Yang Ming action) and 2:21-mc-474 (HMM action)(collectively the "Related Actions").  The parties have

STATUS REPORT

1  agreed to defer for now any action on the remaining issues.

2      The Parties and their counsel will continue to work cooperatively to complete all

3  of the commitments set forth in the Agreement.

4      The subject vessel has shifted to a berth in Long Beach and is preparing to carry

5  out cargo operations. The ship is currently expected to depart Long Beach for Oakland

6  on April 18, 2021.

7      The parties ask that the Court withhold any further rulings at this time in any of

8  the three Related Actions.

9      Once the Vessel departs this Court's jurisdiction, counsel will notify the Court.

10     Counsel for Chidori Ship Holding LLC and Jessica Shipping Holding SA (Alan

11 Nakazawa of Collier Walsh Nakazawa), HMM Co., Ltd. (John Giffin of Keesal, Young

12 & Logan) and Yang Ming Marine Transport Corporation (Galin Luk of Cox Wootton

13 Lerner Griffin & Hansen) have reviewed the contents of this status report before filing

14 and agree with the statements set forth herein.

15     Dated: April 12, 2021

16                              SCHWABE, WILLIAMSON & WYATT, P.C.

17

18                              /s/ Philip Lempriere
                               Philip Lempriere, CSB #143613
19                              E-mail: plempriere@schwabe.com
                               206.622.1711
20                              *Attorneys for Hapag-Lloyd Aktiengesellschaft*

21

22

23

24

25

26

27

28

2

STATUS REPORT