| | |
|---|---|
| 1 | PHILIP LEMPRIERE, CSB #143613 |
| 2 | **SCHWABE, WILLIAMSON & WYATT, P.C.** |
|   | 1420 5th Avenue, Suite 3400 |
| 3 | Seattle, WA  98101-4010 |
| 4 | E-mail: plempriere@schwabe.com |
|   | Telephone: 206.622.1711 |
| 5 | Facsimile: 206.292.0460 |
| 6 | *Attorney for Hapag-Lloyd Aktiengesellschaft* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re Application of | Case No.: 8:21-mc-00016-JVS-DFMx |
| YANG MING MARINE TRANSPORT CORPORATION, | **STATUS REPORT** |
| Applicant, | |
| For Order Authorizing Discovery Pursuant to FRCP RULE 27 And/Or For Use In Foreign Proceedings Under 28 U.S.C. § 1782, | |

On April 13, 2021, the Court issued an Order re Status Report in the instant case (Dkt 11) and two related cases (8:21-mc-00016-DOC-JDE (Dkt 23) and 2:21-mc-00474-DOC-JDE (Dkt 11))(collectively the "Actions") that, *inter alia*, ordered undersigned counsel "to file a further Status Report in each of the Actions when the Vessel departs the Court's jurisdiction or when the parties confirm that they have no further disputes to be determined by the Court, whichever occurs first, at which time the Applications/Petitions in the Actions will be denied as moot and the Actions administratively closed."

The Vessel (the M/V ONE APUS, IMO No. 9806079) departed Long Beach, California, on Saturday, April 17, 2021, and is no longer located within jurisdiction of

STATUS REPORT

the court.

    Counsel for Chidori Ship Holding LLC and Jessica Shipping Holding SA (Alan Nakazawa of Collier Walsh Nakazawa), HMM Co., Ltd. (John Giffin of Keesal, Young & Logan) and Yang Ming Marine Transport Corporation (Galin Luk of Cox Wootton Lerner Griffin & Hansen) have reviewed the contents of this status report before filing and agree with the statements set forth herein.

    Dated: April 19, 2021

                                      SCHWABE, WILLIAMSON & WYATT, P.C.

/s/ Philip Lempriere
Philip Lempriere, CSB #143613
E-mail: plempriere@schwabe.com
*Attorneys for Hapag-Lloyd Aktiengesellschaft*